<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-7541**

ROBERT FROST, JR.,

        Plaintiff - Appellant,

    v.

SOUTH CAROLINA DEPARTMENT OF CORRECTIONS; DIRECTOR BILL
BYARS, South Carolina Department of Corrections; LEVERN
COHEN, Warden Ridgeland Correctional Institution; MS.
MONTOUTH, Inmate Grievance Coordinator, Ridgeland
Correctional Institution; CAPTAIN BEST, in their individual
and official capacity,

        Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Orangeburg. Joseph F. Anderson, Jr.,
District Judge. (5:11-cv-02520-JFA)

Submitted: February 20, 2014    Decided: February 25, 2014

Before DUNCAN, DIAZ, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Robert Frost, Jr., Appellant Pro Se. Mary Elizabeth Sharp,
GRIFFITH, SADLER & SHARP, PA, Beaufort, South Carolina, for
Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Frost, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Frost v. SC Dep't of Corrs., No. 5:11-cv-02520-JFA (D.S.C. Sept. 12, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED